MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439


KRISTIN WALKER-PROBST (State Bar No. 206389)
Kristin.Walker-Probst-us@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3200 Park Center Drive, Suite 700
Costa Mesa, California 92626
Telephone:    (714) 557-3800
Facsimile:    (714) 557-3347


Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

| | |
|---|---|
| PHYLLIS SANDIGO,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2007-3, ASSET BACKED CERTIFICATES, SERIES 2007-3 and DOES 1-100,<br><br>Defendants. | Case No. 5:17-cv-02727-BLF<br>Hon. Beth Labson Freeman<br>Ctrm. 3<br><br>**DECLARATION OF STEPHANIE M. SPURLOCK IN SUPPORT OF THE REPLY IN FURTHER SUPPORT OF OCWEN LOAN SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    March 28, 2019<br>Time:    9:00 a.m.<br>Ctrm.:   3<br><br>Action Filed:    April 11, 2017<br>Removal Date:  May 11, 2017<br>Trial Date:       August 19, 2019 |

I, Stephanie M. Spurlock, declare as follows:

1. I am employed as a Sr. Manager of Default Management Services and am authorized to make this declaration on behalf of Western Progressive Trustee, LLC dba Western Progressive, LLC ("Western Progressive"). This declaration is provided in support of Ocwen Loan Servicing, LLC's Motion for Summary Judgment, or alternatively, Partial Summary Judgment (the "MSJ").

2. As part of my job responsibilities for Western Progressive, I have personal knowledge of and am familiar with the types of records maintained by Western Progressive and the procedures for creating and maintaining those records.

3. In the course of my employment responsibilities, I have access to the business records of Western Progressive, including Western Progressive's file concerning the loan that is the subject matter of this litigation (Loan No. ******5841) (the "Loan").

4. The Loan is secured by a deed of trust recorded in the official records of the Santa Clara County Recorder on November 17, 2006 under document number 19192983 ("Deed of Trust") for the property located at 3577 Lynx Drive, San Jose, CA 95136 (the "Property"). Through assignment from New Century Title Company recorded in the official records of the Santa Clara County Recorder on February 24, 2017 under document number 23588567, Western Progressive became the foreclosure trustee under the Deed of Trust.

5. By letter dated January 24, 2017, Western Progressive received instructions from the Loan servicer, Ocwen Loan Servicing LLC to start the foreclosure process in the name of theU.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2007-3, Asset-Back Certificates, Series 2007-3.

6. On March 1, 2017, Western Progressive recorded a Notice of Default and Election to Sell Under Deed of Trust ("NOD") in the official records of the Santa Clara County Recorder under the document number 23591498.

7. As the foreclosure trustee, Western Progressive mails a copy of the NOD to all interested parties and those parties who have requested notice. Copies of the NOD are sent by

certified mail and by first Class mail and are sent within ten (10) business days of recording the NOD ("10 Day Notice") and/or five (5) business days of recording the NOD ("5 Day Notice") (collectively, "Notices").

8. There were a total of 32 Notices mailed in connection with the March 1, 2017 NOD. A true and correct copy of the 2 Notices is attached hereto as Exhibit 1.

9. On or about March 7, 2017 and March 10, 2017, Western Progressive sent Notices, by certified mail and first Class mail to the following individuals and trustees who provided the Property address as the address to use for Notice purposes:

   a. "Joseph Daniel Sandigo," who submitted a Request for Notice, was sent 10 Day Notice and 5 Day Notice;
   b. "Joseph Daniel Sandigo As Trustee, or their successors in trust under the Sandigo Living Trust, dated March 28, 2006," who submitted a Request for Notice, was sent 10 Day Notice;
   c. "Joseph Daniel Sandigo, trustee" who submitted a Request for Notice, was sent 10 Day Notice;
   d. "Sandigo, Joseph D.," in his capacity as a borrower, was sent 10 Day Notice and 5 Day Notice;
   e. "The Sandigo Living Trust, dated March 28, 2006," which submitted a Request for Notice, was sent 10 Day Notice;
   f. "Sandigo Living Trust," which submitted a Request for Notice, was sent 10 Day Notice;
   g. "Phyllis Sandigo," who submitted a Request for Notice, was sent 10 Day Notice and 5 Day Notice;
   h. "Phyllis Toni Sandigo," who submitted a Request for Notice, was sent 10 Day Notice and 5 Day Notice;
   i. "Phyllis Toni Sandigo As Trustee, or their successors in trust under the Sandigo Living Trust, dated March 28, 2006," who submitted a Request for Notice, was

1   sent 10 Day Notice;

2   j. "Phyllis Toni Sandigo, trustee," who submitted a Request for Notice, was sent 10 Day Notice; and

3   k. "Sandigo, Phyllis T.," in her capacity as a borrower, was sent 10 Day Notice and 5 Day Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 13th, 2019, at Atlanta, Georgia.

*[signature]*

STEPHANIE M. SPURLOCK