UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PHYLLIS SANDIGO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-02727-BLF<br><br>**ORDER REGARDING DISCUSSION OF NINTH CIRCUIT OPINION AT MARCH 28, 2019 HEARING** |

At the hearing on the parties' motions for summary judgment on March 28, 2019, the parties should be prepared to discuss the Ninth Circuit's March 25, 2019 decision in *Jaras v. Equifax Inc.*, No. 17-15201 (9th Cir.), Dkt. 51, regarding a plaintiff's standing under the federal Fair Credit Reporting Act.  The memorandum opinion is attached to this Order for the parties' convenience.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
BETH LABSON FREEMAN
United States District Judge