**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHYLLIS SANDIGO,<br><br>    Plaintiff,<br><br>  v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-02727-BLF<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The above-titled case is hereby REFERRED to Magistrate Judge Cousins for a further settlement conference to take place **on or before June 14, 2019**. The parties are to contact Judge Cousins's chambers for scheduling.

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
BETH LABSON FREEMAN
United States District Judge